# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2010

140071

THOMAS JANSON,
          Plaintiff-Appellee,

v

SAJEWSKI FUNERAL HOME, INC.,
          Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140071
COA: 284607
Wayne CC: 06-622578-NO

_____/

      On order of the Court, the application for leave to appeal the August 25, 2009 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2010

Clerk

0317